Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of these petitions.* Reported below: 788 F. 2d 994.

No. 85–1584. NIEDZWIECKI *v.* CIRCUIT PROTECTIVE DEVICES, DIVISION OF WESTINGHOUSE ELECTRIC CORP., 476 U. S. 1110;

No. 85–5432. GOLDBLATT *v.* VOGEL ET AL., 474 U. S. 952; and

No. 85–6676. NEAL *v.* ILLINOIS, 476 U. S. 1165. Petitions for rehearing denied.

No. 85–5942. COTTON *v.* FEDERAL LAND BANK OF COLUMBIA, 474 U. S. 1104; and

No. 85–6527. GRAY *v.* CODY, ATTORNEY GENERAL OF TENNESSEE, ET AL., 476 U. S. 1184. Motions for leave to file petitions for rehearing denied.

OCTOBER 8, 1986

No. 85–2137. BUHLER-MAIG, INC. *v.* DEMPSTER ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

OCTOBER 10, 1986

No. 86–55. WITCO CHEMICAL CORP. *v.* PEACHTREE DOORS, INC., ET AL. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 53.

No. A–269. DELUNA *v.* TEXAS. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153,

---

*See also note, p. 801.